UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO: 5:23-CV-00332-GAP-PRL

MAURICE SMITH,

    Plaintiff,

v.

MAGIC BURGERS, LLC D/B/A
BURGER KING,
a Foreign Limited Liability Company,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST MAGIC BURGERS, LLC D/B/A BURGER KING

Plaintiff, **MAURICE SMITH** ("Plaintiff") by and through his undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the Local Rules for the Middle District of Florida, hereby moves for the entry of a final default judgment against Defendant, **MAGIC BURGERS, LLC D/B/A BURGER KING.** ("Defendant"), and, in support thereof, states as follows:

    1.    On May 26, 2023, Plaintiff filed a Complaint pursuant to the Family and Medical Leave Act, as amended, 29 U.S.C. § 2601, et seq. ("FMLA"), to recover lost wages and an additional equal amount as liquidated damages, obtain declaratory

relief, and reasonable attorney's fees and costs. *See* DE 1.

2. On June 1, 2023, Defendant MAGIC BURGERS, LLC was served with a summons and a copy of the Complaint. *See* DE 9.

3. On July 3, 2023, Plaintiff filed a Motion for Clerk's Default. *See* DE 10.

4. On July 5, 2023, a Clerk's Entry of Default was entered against Defendant, MAGIC BURGERS, LLC. *See* DE 11.

5. As of the filing of this Motion, Defendant MAGIC BURGERS, LLC has not filed a response to the Complaint and has, therefore, failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure.

6. Attached as **Exhibit "A"** is Plaintiff's Affidavit evidencing the amount of unpaid wages he is owed. Plaintiff's Affidavit is the best evidence of the total owed as Defendant has failed to participate in this case.

7. Plaintiff's unpaid wages total $13,500. Additionally, Plaintiff is entitled to liquidated damages in the amount of $13,500. An additional element of Plaintiff's claims is the recovery of costs pursuant to Section 448.08, Florida Statutes.

8. Plaintiff's costs total $459.03.

9. Upon review of the cost records in this case, Plaintiff has incurred costs in the amount of $459.03 as follows: ($402.00 filing fee, along with $56.50 for Service of Process, along with $.53 for postage). *See* Bill of Costs, attached as **Exhibit B.**

WHEREFORE, Plaintiff requests the entry of a Final Judgment in his favor and against Defendant, **MAGIC BURGERS, LLC D/B/A BURGER KING,** in the total amount of $27,459.03.  *See* Proposed Order as Exhibit D.

DATED this 7th day of August, 2023.

        Respectfully submitted,

***/s/ Lisa Kuhlman***
Noah E. Storch, Esq.
Florida Bar No.: 0085476
Lisa Kuhlman
Florida Bar No. 0978027
RICHARD CELLER LEGAL, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: lisa@floridaovertimelawyer.com
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 7th day of August 2023, via the Court's CM/ECF filing system and via U.S. Mail to:

Defendant's Registered Agent:

**CORPORATE CREATIONS NETWORK, INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408**

*/s/ Lisa Kuhlman*
Lisa Kuhlman