# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MAURICE SMITH,

    Plaintiff,

v.       Case No: 5:23-cv-332-GAP-PRL

MAGIC BURGERS LLC,

    Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 12) filed August 7, 2023.

On November 16, 2023, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. Plaintiff shall be awarded $27,459.03 representing lost wages, liquidated damages and costs.

4. The clerk is directed to enter judgment in favor of the Plaintiff, Maurice Smith, against Defendant Magic Burgers, LLC, in the amount of $27,459.03 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on December 1, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party